## Commonwealth, Appellant, *v.* Provident Trust Company of Philadelphia (No. 2).

*Philip S. Moyer,* with him *Charles J. Margiotti,* Attorney General, for appellant.

*George Ross Hull,* of *Snyder, Hull, Hull & Leiby,* with him *MacCoy, Brittain, Evans & Lewis* and *Morgan, Lewis & Bockius,* for appellee.

PER CURIAM, June 29, 1935:
The judgment in this case is affirmed on the opinion of President Judge HARGEST in the preceding case, No. 20, May Term, 1935.

## Commonwealth, Appellant, *v.* Provident Trust Company of Philadelphia (No. 3).

*Philip S. Moyer,* with him *Charles J. Margiotti,* Attorney General, for appellant.